# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bravera Bank, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Aaron J. Mahin, Cara D. Mahin, Estate of Donn Mahin, Prairie Harvest Cleaning, Inc., and the United States of America, acting by and through the Farm Service Agency, United States Department of Agriculture, | ) ) ) ) ) ) | Case No.: 1:25-cv-00171 |
| | ) | |
| Defendants. | ) | |

This action was stayed due to a lapse in appropriations. (Doc. No. 9). On November 13, 2025, the United States of America filed a *Notice of Restoration of Federal Funding* (Doc. No. 12) advising that a government funding bill was passed into law and requested the stay granted by the Court on October 2, 2025, be lifted.

As appropriations have been restored, the Court **ORDERS** the stay be lifted, and the Scheduling Conference previously set for October 22, 2025, shall be rescheduled for December 4, 2025, at 9:00 AM by telephone. To participate, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court