## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bravera Bank ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| Aaron J. Mahin, Carla D. Mahin, Estate ) | |
| of Donn Mahin, Prairie Harvest Cleaning, ) | |
| Inc., and the United States of America, ) | |
| acting by and through the Farm Service ) | |
| Agency, United States Department of ) | |
| Agriculture, ) | Case No.: 1:25-cv-171 |
| ) | |
| Defendants. ) | |

The court held a status conference with the parties on January 16, 2026. Pursuant to its discussion with the parties, the court shall schedule another status conference for February 17, 2026, at 1:30 PM by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 20th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court